UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TUCKER MANAGEMENT,
LLC, ET AL.

VERSUS

LEXINGTON INSURANCE
COMPANY

CIVIL ACTION
NO. 09-848-JJB
C/W 09-849-JJB

## CORRECTED ORDER OF DISMISSAL

Pursuant to Fed. Rule Civ. P. 60, the court corrects the order of dismissal entered March 3, 2011 (doc. 14) as follows;

The court having been advised by counsel that the above action has been settled;

IT IS ORDERED this action be and is hereby DISMISSED without prejudice to the right, upon good cause shown, **within 60 days**, to reopen the case if the aforesaid settlement agreement is not consummated.

Baton Rouge, Louisiana, March 4, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA